IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SARAH HAIR, | ) |
| Plaintiff, | ) Case No.: 3:17-CV-01194 |
| v. | ) |
| NORDSTROM, INC., | ) Judge Aleta A. Trauger |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Sarah Hair ("Plaintiff") and defendant Nordstrom fsb, incorrectly identified in the Complaint as "Nordstrom, Inc." ("Defendant"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Defendant in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 5th day of October, 2017.

/s/ Frank H. Kerney
**Frank H. Kerney, III**
Morgan & Morgan (Tampa Office)
201 N Franklin Street 7th Floor
Tampa, FL 33602
(813) 223-5505
Fax: (813) 257-0580
Email: fkerney@forthepeople.com

Mark Anthony Lambert
Morgan & Morgan (Memphis Office)
2600 One Commerce Square
Memphis, TN 38103
(901) 333-1847
Fax: (901) 524-1738

/s/ Zachary D. Miller
Zachary D. Miller (#032674)
J. Christopher Suedekum (#034462)
**BURR & FORMAN LLP**
511 Union Street, Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3216
Facsimile: (615) 724-3316
E-mail: zmiller@burr.com
Email: csuedekum@burr.com

*Attorneys for Defendant Nordstrom fsb*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following counsel of record by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on this the 5th day of October, 2017:

| | |
|---|---|
| **Frank H. Kerney , III** | **Mark Anthony Lambert** |
| Morgan & Morgan (Tampa Office) | Morgan & Morgan (Memphis Office) |
| 201 N Franklin Street | 2600 One Commerce Square |
| 7th Floor | Memphis, TN 38103 |
| Tampa, FL 33602 | (901) 333-1847 |
| (813) 223-5505 | Fax: (901) 524-1738 |
| Fax: (813) 257-0580 | Email: mlambert@forthepeople.com |
| Email: fkerney@forthepeople.com | |

                                                           */s/ Zachary D. Miller*
                                                           Zachary D. Miller